■ DONALD COSTLEIGH et al., Appellants, v NATIONAL CAR RENTAL, Respondent, et al., Defendant. [624 NYS2d 869] —Appeal by the plaintiffs from an order of the Supreme Court, Suffolk County (Gowan, J.), dated October 9, 1993.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Gowan at the Supreme Court. Mangano, P. J., O'Brien, Ritter, Pizzuto and Florio, JJ., concur.